UNITED STATES of America

v.

Grant NIELSEN.

No. 5009.

United States Court of Appeals
Tenth Circuit.

March 31, 1955.

A. Pratt Kesler, U. S. Atty., Llewellyn O. Thomas and C. Nelson Day, Asst. U. S. Attys., Salt Lake City, Utah, for appellant.

Nielsen & Conder, Salt Lake City, Utah, for appellee.

PHILLIPS, Chief Judge.

Dismissed on joint motion of appellant and appellee.

Manuel Richard SANCHEZ

v.

UNITED STATES of America.

No. 5109.

United States Court of Appeals
Tenth Circuit.

April 12, 1955.

Francis P. O'Neill, Denver, Colo., for appellant.

Donald E. Kelley, U. S. Atty., and James W. Heyer, Asst. U. S. Atty., Denver, Colo., for appellee.

Before PHILLIPS, Chief Judge, and MURRAH, Circuit Judge.

PER CURIAM.

Appeal dismissed for failure of appellant diligently to prosecute.

Ryvers V. WOOLRIDGE

v.

NORTHEAST OKLAHOMA RAILROAD COMPANY, a Corporation.

No. 5010.

United States Court of Appeals
Tenth Circuit.

April 13, 1955.

Rex H. Holden, Oklahoma City, Okl., and Philip B. Lush, Minneapolis, Minn., for appellant.

B. W. Tabor, Tulsa, Okl., and Wallace, Wallace & Owens, Miami, Okl., for appellee.

Before BRATTON, HUXMAN and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

Chester BANKS, Petitioner,

v.

UNITED STATES of America, Respondent.

Misc. No. 413.

United States Court of Appeals
Ninth Circuit.

June 8, 1955.

Chester Banks, in pro. per.

No appearance for respondent.

Before DENMAN, Chief Judge, and BONE and POPE, Circuit Judges.

PER CURIAM.

Petitioner asks this court to reconsider its order entered January 31, 1955, which dismissed his motions for appointment of counsel, permission to proceed forma pauperis, and for extension of time to perfect appeal.

The time in which to seek a rehearing having expired, the petition is ordered dismissed.